UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HMC ASSETS, LLC, SOLELY IN ITS
CAPACITY AS SEPARATE TRUSTEE
OF CAM MORTGAGE TRUST 2013-1,
    Plaintiff,

    v.                                          CIVIL ACTION NO.
                                                14-10321-MBB

MARION R. CONLEY,
    Defendant.


**FINAL JUDGMENT**

**April 11, 2017**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered, it is **ORDERED** and **DECLARED** that the March 7, 2014 foreclosure is valid and that plaintiff HMC Assets, LLC, solely in its capacity as separate trustee of CAM Mortgage Trust 2013-1, ("HMC") is entitled to possession of the property. Defendant Marion R. Conley shall take nothing on the counterclaims and this action shall be dismissed in accordance with the previous rulings by this court. HMC is awarded costs.

                                                /s/ Marianne B. Bowler
                                                **MARIANNE B. BOWLER**
                                                United States Magistrate Judge